Harvey Raymond Ortberg   Inmate number 1600652
Name

Cherokee County Jail, 915 E county Road

Columbus, KS. 66725
Address

FILED

OCT 28 2019

Clerk, U.S. District Court
By: _____ Deputy Clerk

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

Harvey Raymond Ortberg , Plaintiff
(Full Name)

v.

Cherokee County Sheriffs , Defendant (s)
Advanced Correctional Healthcare

CASE NO. ___19-3219-SAC___
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.
§1983

### A. JURISDICTION

1) Harvey Raymond Ortberg , is a citizen of Kansas
   (Plaintiff)                                    (State)

   who presently resides at Cherokee County Jail, 915 E county Road
                                            (Mailing address or place
   Columbus, Ks. 66725                    .
   of confinement.)

2) Defendant Sheriff David Groves is a citizen of
             (Name of first defendant)

   Columbus, Kansas , and is employed as
              (City, State)

   Head Sheriff . At the time the
              (Position and title, if any)

   claim(s) alleged in this complaint arose, was this defendant acting under the color of state

   law? Yes ☒ No ☐ . If your answer is "Yes", briefly explain:

       I understand he is the head/overseer of the

       Correctional Facility

XE-2 8/82          CIVIL RIGHTS COMPLAINT §1983

1

3) Defendant _Advanced Correctional Health Care_ is a citizen of
   *(Name of second defendant)*

_Columbus, KS_ , and is employed as
   *(City, state)*

_Facility medical provider_ . At the time the
   *(Position and title, if any)*

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes ☒ No ☐ . If your answer is "Yes", briefly explain:

   I understand they are contracted for the
   Health Care needs of the Facility

(Use the back of this page to furnish the above information for additional defendants.)


4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to

   assert jurisdiction under different or additional statutes, you may list them below.)

   Unknown


## B. NATURE OF THE CASE

1) Briefly state the background of your case:

   I was placed in Med Seg in April - no response to questions
   about condition or medication, was released after 2
   weeks, back to population - even though I stated I thought
   I still had a problem.
   Condition has spread, never diagnosed, partially treated
   multiple times.
       8/22 Captain Tippie said I couldn't
   see a doctor, and didn't need to see practitioner.

2

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8h" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: _Failure to be cared for / diagnosed / properly treated._
_9/19 Nurse Practitioner Kristin Wagner said she had no way to look under a microscope._

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.):

_Nurse practitioner Kristin Wagner on ~~abot~~ about 4/27, released me from med seg, even though I stated I thought I still had a problem in front of CO Montanya. On 5/9, 6/19, and 7/12 I put in med requests. 7/25 agreed to treat me, treatments have been inadequate 7/30, 8/9, 8/23, 8/30, 9/6, 9/14._

B) (1) Count II: _Failure to follow through_
_General Requests 5-23, 6-1, 8-6, 8-16, 8-17, 8-19, 8-20_
_Grievances 8/19, 8/20, 8/22              9-13_

(2) Supporting Facts: _On about 9/19 Nurse Practitioner Kristin Wagner in the presence of CO's Swift and Montanya said she never denied it was some kind of Mite, didn't think it was scabies, and would talk to someone. 10/11 put in med request. failure to hear back from medical_

C) (1) Count III:    *Unknown*

_____

_____

(2) Supporting Facts:    *Not Available*

_____

_____

_____

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts

   involved in this action or otherwise relating to the conditions of your imprisonment?

   Yes ☐  No ☒ . If your answer if "Yes", describe each lawsuit. (If there is more than

   one lawsuit, describe the additional lawsuits on another piece of paper, using the same

   outline.)

   a) Parties to previous lawsuit:

      Plaintiffs:  *NA*

      Defendants:  *NA*

   b) Name of court and docket number   *NA*

   _____

   c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still

      pending?)  *NA*

   _____

   d) Issues raised   *NA*

   _____

e) Approximate date of filing lawsuit _____NA_____

f) Approximate date of disposition _____NA_____

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes ☒ No ☐. If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

Medical Requests, after 2½ months partial treatment, and no diagnosis, Letters to Nursing Board and Attorney General, no letter back from Nursing Board, Attorney General said see Sheriff and lawyer, E-mailed Sheriff Groves- no response. my lawyer was given misinformation.

2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

Diagnosis and treatment. — Emergency Monetary For any actual or punitive damages deemed by the court for discomfort, neglect and loss of sleep.

_____
Signature of Attorney (if any)

*Harvey Raymond Ortberg*
Signature of Plaintiff

10-24-2019

Unable to get copied because no money

_____

_____

_____
(Attorney's full address and telephone number)

XE-2 8/82             CIVIL RIGHTS COMPLAINT §1983